ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

JIBRIL ABDUSSABOOR BROWN

\*    IN THE

\*    COURT OF APPEALS

\*    OF MARYLAND

\*    **Misc. Docket AG No. 14
September Term, 2021**

\*

\*    **(No. CAE21-07620
Circuit Court for Prince
George's County)**

## C O R R E C T E D   O R D E R

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Jibril Abdussaboor Brown, to suspend the Respondent from the practice of law in Maryland, stayed in favor of eighteen months of probation with terms, it is this 22nd day of November, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Jibril Abdussaboor Brown, be suspended for 90 days from the practice of law in the State of Maryland; and it is further

**ORDERED**, that, the suspension be, and hereby is, STAYED in favor of eighteen months of probation with the terms contained in the Probation Agreement.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/14a21agcn.pdf